# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**BONIFACIO VARGAS-MELENDEZ**
**A.DA BONIFACIO VARGAS-MELENDRES**
**REG. #89858-080**                                                                 **PETITIONER**

VS.                      CASE NO. 2:07CV00023 JMM/JTR

UNITED STATES OF AMERICA                                          RESPONDENT

### ORDER

Based upon the receipt of petitioner's $5.00 filing fee, the Court's Order and Judgment of April 23, 2007 is withdrawn and the Clerk of the Court is directed to re-open the case with its accompanying referral to Magistrate Judge J. Thomas Ray.

IT IS SO ORDERED THIS   26   day of    April  , 2006.


_____
James M. Moody
United States District Court