IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BONIFACIO VARGAS-MELENDEZ
aka BONIFACIO VARGAS-MELENDRES
REG. #89858-080                                                                                          PETITIONER

VS.                                            2:07CV00023 JMM/JTR

UNITED STATES OF AMERICA                                                                   RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #5) and Motion to Stay Deportation Proceedings (docket entry #8) are DENIED, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this __16__ day of __August,__ 2007.

_____
UNITED STATES DISTRICT JUDGE