# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

BONIFACIO VARGAS-MELENDEZ
aka BONIFACIO VARGAS-MELENDRES
REG. #89858-080                                                                                      PETITIONER

VS.                                        2:07CV00023 JMM/JTR

UNITED STATES OF AMERICA                                                                RESPONDENT

## **JUDGMENT**

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITHOUT PREJUDICE.

Dated this  16  day of  August , 2007.

_____
UNITED STATES DISTRICT JUDGE